IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


JOSEF ZVERINA,                )
        Plaintiff    )
        v.           )      No. 3:05-cv-221
TRW FUJI VALVE, INC.,         )
        Defendant    )


## O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendant's motion for summary judgment [Court File #13] is GRANTED and this action DISMISSED.

**E N T E R :**

                      *s/ James H. Jarvis*
                  UNITED STATES DISTRICT JUDGE